[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11730
Non-Argument Calendar
_____

D.C. Docket No. 5:11-cr-00029-RS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO MORENO,
a.k.a. Daniel Rodriguez-Rivas,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(October 29, 2012)

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Ricardo Moreno in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Moreno's conviction and sentence are **AFFIRMED**.